# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 16-cv-4225 JRT/LIB

| | |
|---|---|
| Scott Mehrwerth,<br><br>　　　　　　Plaintiff,<br>v.<br><br>AFS Check Systems, Inc. d/b/a Sheldon Law Office and Langner Law Office, LLC,<br><br>　　　　　　Defendants. | **STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff and Defendant AFS Check Systems, Inc. d/b/a Sheldon Law Office, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice.

Dated: April 27, 2017.　　　　　　s/Thomas J. Lyons Jr.

　　　　　　　　　　　　　　　　　Thomas J. Lyons, Jr., Esq.
　　　　　　　　　　　　　　　　　Attorney I.D. #:  249646
　　　　　　　　　　　　　　　　　CONSUMER JUSTICE CENTER P.A.
　　　　　　　　　　　　　　　　　367 Commerce Court
　　　　　　　　　　　　　　　　　Vadnais Heights, MN 55127
　　　　　　　　　　　　　　　　　Telephone:  (651) 770-9707
　　　　　　　　　　　　　　　　　Facsimile: (651) 704-0907
　　　　　　　　　　　　　　　　　Email: tommy@consumerjusticecenter.com

　　　　　　　　　　　　　　　　　*ATTORNEY FOR PLAINTIFF*

Dated:  April 27, 2017.　　　　　By:  s/Tammy J. Langner

Tammy J. Langner, Esq.
Attorney I.D. #:  0394966
LANGNER LAW OFFICE LLC
P.O. Box 7556
St. Cloud, MN  56302
Phone:  320-774-1520
Fax:  320-259-1636
Tammy@langnerlawoffice.com

*ATTORNEYS FOR DEFENDANT AFS*