## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Scott Mehrwerth,                                      Case No. 16-cv-4225 (JRT/LIB)

                        Plaintiffs,

    v.                                          **STIPULATION OF DISMISSAL**
                                                    **WITH PREJUDICE**
AFS Check Systems, Inc. d/b/a Sheldon
Law Office and Langner Law Office, LLC,

                        Defendant.

IT IS HEREBY STIPULATED AND AGREED, by and between all parties thereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED AND AGREED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, without costs or disbursements to any of the parties, may be entered herein.

                                        **CONSUMER JUSTICE CENTER, P.A.**

Date: _10/1/17_                         By: _____
                                            Thomas J. Lyons, Jr. (#249646)
                                            *Counsel for Plaintiff*
                                            367 Commerce Court
                                            Vadnais Heights, MN 55127
                                            651-770-9707
                                            651-704-0907 (fax)
                                            tommy@consumerjusticecenter.com

**BASSFORD REMELE**
*A Professional Association*

Dated: 9/28/2017

By: _s/ Michael A. Klutho_
    Michael A. Klutho (#186302)
    *Counsel for Defendant Langner Law*
    *Office, LLC.*
    100 South 5th Street, Suite 1500
    Minneapolis, Minnesota 55402-1254
    Telephone: (612) 333-3000
    mklutho@bassford.com