# UNITED STATES DISTRICT COURT
## District of Minnesota

SCOTT MEHRWERTH,  **JUDGMENT IN A CIVIL CASE**

                Plaintiff(s),

v.  Case Number: 16-cv-4225 (JRT/LIB)

LANGNER LAW OFFICE, LLC,

                Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

Date: October 6, 2017                  RICHARD D. SLETTEN, CLERK

                                                  s/L. Brennan
                                       (By)   L. Brennan , Deputy Clerk